**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:21-cv-02520-CNS-KLM

OWNERS INSURANCE COMPANY, an Ohio Corporation,

    Plaintiff,

v.

LENNAR CORPORATION, a Florida Corporation;
CENTERLINE BUILDERS, LLC, a Colorado limited liability company;
UNITED SPECIALTY INSURANCE COMPANY, a Texas corporation;
KNIGHT SPECIALTY INSURANCE COMPANY, a Delaware corporation;
ARMANDO CEDENO'S CONSTRUCTION, a Colorado trade name;
NAVIGATORS INSURANCE COMPANY, a Delaware Corporation;
CR AND G CONSTRUCTION, a Colorado trade name;
TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA, a Connecticut corporation;
GLOBAL ONE, INC., a Colorado Corporation;
GONZALEZ CONSTRUCTION, a Colorado trade name;
SECURITY NATIONAL INSURANCE COMPANY, a Delaware corporation;
HOLGUIN CONSTRUCTION, INC., a Colorado Corporation;
PREFERRED CONTRACTORS INSURANCE COMPANY RISK RETENTION GROUP, LLC, a Montana limited liability company;
JF CONSTRUCTION a/k/a JF CONSTRUCTION, an unregistered Colorado trade name;
PINEDO CONSTRUCTION; a Colorado limited liability company;
BUILDERS AND TRADESMEN'S INSURANCE SERVICES, INC., a California corporation;
Z AND S PRECISION FRAMING a/k/a ZNS PRECISION FRAMING, a Colorado limited liability partnership;
NATIONAL GENERAL INSURANCE COMPANY f/k/a FARMERS UNION INSURANCE, a Missouri Corporation,
QBE INSURANCE CORPORATION d/b/a QBE NORTH AMERICA, a Pennsylvania corporation,

    Defendants.

---

**ORDER RE DISMISSAL WITH PREJUDICE OF ONLY UNITED SPECIALTY
INSURANCE COMPANY, KNIGHT SPECIALTY INSURANCE COMPANY**

---

1. The Court, upon Plaintiff, Owners Insurance Company's ("OIC"), and Defendants United Specialty Insurance Company's ("USIC") and Knight Specialty Insurance Company's ("KSIC") Stipulation for Dismissal With Prejudice (ECF No. 280) of only USIC and KSIC, finding good cause existing hereby GRANTS the Stipulation.

2. The Court hereby dismisses with prejudice only USIC and KSIC from this matter pursuant to Fed. R. Civ. P. 41(a)(2), without an award of attorneys' fees or costs against OIC, USIC, or KSIC.

3. The stipulation will not dismiss or effect OIC's claims, including the full assignment of USIC/KSIC's claims for reimbursement to OIC, against any parties other than USIC and KSIC.

Dated this 18th day of May 2023.

By the Court

_____
Charlotte N. Sweeney
United States District Judge