## SETTLEMENT AGREEMENT

This Settlement Agreement and Mutual Release ("Settlement Agreement") is entered into on the date referenced below by Owners Insurance Company ("Plaintiff" and/or "Owners"), and Lennar Corporation[1] ("Defendant" and/or "Lennar"). Owners and Lennar are collectively referred to herein as the "Parties."

\*\*\*

**ALL RECITALS AND TERMS OF THIS SETTLEMENT AGREEMENT HAVE BEEN REDACTED EXCEPT FOR THE INTRODUCTORY PARAGRAPH, THE PARAGRAPH REFLECTING LENNAR'S ASSIGNMENT OF CLAIMS, AND THE SIGNATURES**

\*\*\*

1. **LENNAR'S ASSIGNMENT OF CLAIMS**. In consideration of the mutual promises and covenants set forth herein, Lennar hereby assigns, sells, transfers, and pledges to Owners, its successors and assigns, and all other persons, firms, corporations and/or other business entities with whom Owners has been, are now, or may hereafter be affiliated, any and all of Lennar's claims, causes of action, and rights Lennar has or may have against the Subcontractors or Subcontractors' Insurers, including, but not limited to, any and all claims for indemnity, breach of contract, common law tortious bad faith, breach of the implied covenant of good faith and fair dealing, improper denial of claims in violation of C.R.S. § 10-3-1115, unreasonable delay or denial of benefits in violation of C.R.S. § 10-3-1116, claims for damages under the wrong of another doctrine, equitable contribution, equitable subrogation, contractual subrogation, unjust enrichment, and punitive damages (the "Assigned Claims"). The Assigned Claims, and any and all other such claims, by power of the operation of this Agreement, are hereby assigned to Owners to be pursued and collected in full for the benefit of Owners. Lennar hereby appoints Owners as Lennar's true and lawful attorney-in-fact, irrevocably, with full power of substitution for Owners to sue, collect on, and satisfy the Assigned Claims. Lennar, per the discretion of Owners, allows Owners to sue in the name of either Owners, in Lennar's own name, or Owners as assignee of Lennar, and Lennar also permits Owners to re-assign any or all rights assigned herein at its sole discretion and without notice to Lennar. Owners agrees that it is solely liable for any attorney fees, costs, judgments, or other expense associated with its pursuit of the Assigned Claims. Owners agrees to defend and indemnify Lennar for any claims brought against Lennar in the Lawsuit. Lennar agrees that Owners alone will receive the proceeds of the Assigned Claims, with the exception that Owners will pay to Lennar 5% of any recovery/money actually paid from any future settlements, awards, verdicts, or judgments from the Subcontractors' Insurers, to the extent that such recoveries exceed $2,000,000, which specifically excludes all settlements Owners agreed upon with other parties in the Lawsuit to date, including Preferred Contractors Insurance Company Risk Retention Group, LLC, United Specialty Insurance Company/Knight Specialty Insurance Company, Travelers Casualty Insurance Company of America, Centerline, and any future settlements with subcontractors.

---

[1] "Lennar Corporation" includes any other organization, trade name, or assumed name under which "Lennar Corporation" operated during the development, improvement, design, construction, marketing, sale, and/or repair of the subject homes, and/or at any other time relevant to this action, including but not limited to Lennar Corporation's use of "d/b/a," "a/k/a," or "f/k/a," entities.

Exhibit 1

future collectable proportionate shares, but agree that Lennar will not do so until either approved by Owners or until after Owners has had a chance to dispute same before a court and an order is issued on the topic.

_____
Authorized representative of
Owners Insurance Company

6/20/2023
Date

_____
Authorized representative of
Lennar Corporation

_____
Date

future collectable proportionate shares, but agree that Lennar will not do so until either approved by Owners or until after Owners has had a chance to dispute same before a court and an order is issued on the topic.

 

_____      _____
Authorized representative of                         Date
Owners Insurance Company

*[DocuSigned by: A69647CEBDF04AE...]* _____      6/28/2023 _____
Authorized representative of                         Date
Lennar Corporation

Page **9** of **9**